IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH TAPIA,

    Plaintiff,

v.                                                        No. CIV 07-27 LH/LFG

RIO ARRIBA COUNTY, RIO ARRIBA
COUNTY COMMISSIONERS, MOISES
MORALES, ELIAS CORRIZ, ANDREW
CHAVEZ and JOE MONDRAGON,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## RECOMMEND OF DISMISSAL, WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Recommendation of Dismissal, With Prejudice, filed January 8, 2008. Neither party filed objections, and the deadline for doing so has passed. The Court accepts the analysis and recommended disposition.

IT IS HEREBY ORDERED that the analysis and recommended disposition of the United States Magistrate Judge is adopted by the Court.

IT IS FURTHER ORDERED that Mr. Tapia's amended civil rights complaint is denied and this action be, and it hereby is, dismissed with prejudice.

                                                               C. LEROY HANSEN
                                                               SENIOR UNITED STATES DISTRICT JUDGE